# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Tyrone Delar Adams Bey**

Case: 1:16-mc-01190
Assigned To : Unassigned
Assign. Date : 6/6/2016
Description: Misc.

IN RE: AFFIDAVIT OF TRUTH
    CONTRUCTIVE LEGAL NOTICE
    COPYRIGHT NOTICE OF COMMERCIAL TRADE NAME

*[signature]* UCC 1-308

**Tyrone Delar Adams Bey**

**In Care Of: 4273 Berkley Ct**

**King George VA [22485-5648]**

**(618)334-2799**

**RECEIVED**

JUN - 6 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Date:_____/_____/_____                                            Certified Mail: _____

_____

C/O Postal Service Address

4273 Berkley Ct

King George VA [22485-5648]

NON-DOMESTIC

### -AFFIDAVIT OF TRUTH-

      Be it known to all courts, governments, corporations, and other parties, that I, Tyrone Delar Adams-Bey, am a natural flesh-and-blood sentient being freeborn Sovereign, without subject. I am neither subject to any entity anywhere nor is any entity subject to me. I neither dominate nor am I dominated by anyone.

      My authority for this statement is the same as it is for all free Sovereigns everywhere: the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign individual.

      I am not a **"person"** when such term is defined in statues of the United States or statues of the several states when such definition includes **artificial entities.** I refuse to be treated as a **federally** or **state created entity** which is only capable of exercising certain rights, privileges, or immunities as **specifically granted by federal or state governments.**

      I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, **but no such laws, nor their enforcers, have any authority over me.** I am not in any jurisdiction for I am not of subject status.

      **Consistent with the eternal tradition of natural common law, unless I have harmed or violated someone or their property, I have committed no crime; and am therefore not subject to any penalty.**

I act in accordance with the following US Supreme Court case:

**"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty {to submit his books and papers for an examination} to the state, since he receives nothing there from, beyond the protection of his life and property, His rights are such as existed by the law of the land {common law} long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under warrant of law. He owes nothing to the public so long as he does not trespass upon their rights",** Hale v. Henkel, **201 US 43 at 47 (1905).**

Thus, be it known to all that I reserve my **natural common law right** not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. And Furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are **Null and Void**. If I have participated in any of the supposed "benefits" associated with these hidden contracts, I have done so under duress, for lack of any other practical alternative. I may have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance" in contract law, because of the absence of full disclosure of any valid "offer", and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no **"meeting of the minds"**, and therefore no valid contract. Any supposed "contract" is therefore void **ab initio**.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my **natural common law rights**, and, as such, **Take Notice** that I revoke, cancel, and make void **ab initio** my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.

This position is in accordance with the US Supreme Court decision of **Brady v. U.S.**, 379 US 742 at 748 (1970): **"waiver of constitutional rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."**

Typical examples of such compelled and pretended "benefits" are:

1. **The use of a Social Security Number.** The number normally assigned to persons of subject status, I use exceptionally, under duress, only because of the extreme inconvenience of operating without one in today's marketplace, where it is requested by the banks, employers, lenders, and many other government agencies, corporations and businesses. My reason for using this instrument was not because I wished to participate in the Social Security system, as I do not wish to participate. Let it be known that I used the Social Security number assigned for information purposes only.
2. **Birth Certificate.** The fact that a birth certificate was granted to me by a local hospital or government agency when I entered this world, is irrelevant to my Sovereignty. No status, high or low, can be assigned to another person through a piece of paper, without the recipients full knowledge and consent. Therefore, such a piece of paper provides date and place information only. It indicates nothing about jurisdiction, nothing about property ownership, nothing about rights, and nothing about subject status. The only document that can have any legal meaning, as it concerns my status in society are those which I have signed as an adult, with full knowledge and consent, free from misrepresentation or coercion of any kind.
3. **Declaration of Citizenship.** Any document I may have ever signed, in which I answered "yes" to the question, "are you a U.S. Citizen?" **cannot** be used to compromise my status as a Sovereign, nor obligate me to perform in any manner. This is so because, without full written disclosure of the definition and consequences of such supposed "citizenship", provided in a document bearing my signature given freely without misrepresentation or coercion, there can be no legally binding contract.

I am not a "United States" citizen subject to its jurisdiction. The United States is an entity created by the U.S. Constitution with jurisdiction as described on the following pages of this affidavit. I am not a "resident of", an "inhabitant of", a "franchise of", a "subject of" a "ward of", the "property of", the "chattel of", or "subject to the jurisdiction of" any corporate federal government, corporate state government, corporate county government, corporate city government, or corporate municipal body politic created under the authority of the U.S. Constitution. I am not subject to any legislation, department, or agency created by such authorities, nor to the jurisdiction of any employee, officers, or agents deriving their authority there from. Further, I am not a subject of the Administrative and legislative Article IV Courts of the several states, or Article 1 Courts of the United States, or bound by precedent of such courts deriving their jurisdiction from said authorities. **Take Notice** that I hereby revoke, cancel, and make void <u>ab initio</u> any such instrument or presumed election made by any of the several states or the United States government or any agency or department thereof, that I am or ever have voluntary elected to be treated as a United States citizen subject to its jurisdiction or a resident of any territory, possession, instrumentality or enclave under the sovereignty or exclusive jurisdiction of any of the several states of the United States as defined in the U.S. Constitution in Article 1, section 8, clause 17 and Article 4, section 3, clause 2.

4. **Use of 2-letter state code and zip code.** My use of the 2-letter state code and zip code in my "address", which is secretly codified to indicate United States "federal zones", jurisdiction, has no effect whatsoever on my sovereign status. Simply by receiving or sending "mail" through a quasi-federal service, the postal service, at a location indicated with a 2-letter state code and zip code, cannot place me under federal jurisdiction or obligation. Such a presumption would be ludicrous.

I use these codes for the purpose of information and make it more efficacious for the U.S. Postal Service to delivery my mail.

5. **Use of Semantics.** Because the courts have become entangled in the game of semantics, be it known to all courts and all parties, that if I have ever signed any document or spoken any words on record, using words defined by twists in the law books different from the common usage, there can be no effect whatsoever on my sovereign status in society thereby, nor can there be created any obligation to perform in any manner, by the mere use of such words. Where the meaning in the common dictionary differs from the meaning in the law dictionary, it is the meaning in the common dictionary that prevails because it is more trustworthy.

Such compelled and supposed "benefits" include, but are not limited to, the aforementioned typical examples. My use of such alleged "benefits" is under duress only, and is with full reservation of all my common law rights. I have waived none of my intrinsic rights and freedoms by use thereof.

## FEDERAL JURISDICTION

It is further relevant to this **Affidavit** that any violation of my rights, freedom, or property by the U.S. federal government, or any agent thereof, would be illegal and unlawful excess, clearly outside the limited boundaries of federal jurisdiction. My understanding is that the jurisdiction of the federal government is defined by Article-1, Section-8, Clause-17, of the U.S. Constitution, quoted as follows:

"**the congress shall have the power...To exercise <u>exclusive legislation in all cases whatsoever, over such district (NOT EXCEEDING TEN MILES SQUARE)</u> as may, by cession of particular states and acceptance of Congress, become <u>the seat of Government of the united states,</u> [District of Columbia] and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for all the Erection of forts, Magazines, Arsenals, dock yards and other needful Buildings; and – to make all laws which shall be necessary and proper for carrying into Execution the forgoing Powers...**"

Thus, my understanding from these Amendments is that the power of all U.S. and State government officials are limited to those specifically granted by the U.S. Constitution.

I further understand that any laws, statues, ordinances, regulations, rules, and proceedings contrary to the U.S. Constitution, as written by its framers, are null and void, as expressed in the Sixteenth American Jurisprudence Second Edition, Section-177:

**"The general misconception is that any statue passed by Legislators bearing the appearance of law constitutes the law of the land. <u>The U.S. Constitution is the Supreme law of the land</u>, and any statue, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail.** This is succinctly stated as follows: **"The general rule is that an unconstitutional statue, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. <u>An unconstitutional law, in legal contemplation, is as inoperative as if it had never passed.</u> Such a statue leaves the question that it purports to settle just as it would be had the statue not been enacted."**

**"Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it..."**

**"A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statue runs counter to the fundamental law of the land, it is superseded thereby."**

**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it."** [emphasis added]

As expressed in the U.S. Constitution, Article-4, Section-3, Clause-2: ...

"The congress shall have the power to dispose of and make all needful Rules and regulations respecting the territory or other property belonging to the united states, and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular state."

...And Article-6

"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treatise made, or which shall be made, under the authority of the united states, shall be supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding."

**All U.S. and state government officials are therefore hereby put on notice that any violation of their contractual obligation to act in accordance with their U.S. Constitution, Shall result in prosecution to the full extent of the law, as well as the parties acting in concert of the action of U.S. and state government officials in violation of the U.S. Constitution.**

The definition of the "United States" being used here, then, is limited to its territories:

1. The District of Columbia
2. Commonwealth of Puerto Rico
3. U.S. Virgin Island
4. Guam
5. American Somoa
6. Northern Mariana Islands
7. Trust Territory of Pacific Islands
8. Military Bases within the several states
9. Federal Agencies within the several states

It does not include the several states **themselves,** as is confirmed by the following cites:

"We have in our political system a Government of the United States a government of the States. Each one of the governments is distinct from the other, and each has citizens of its own who owe it allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a Citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other." Slaughter House Cases United State vs. Cruikshank, 92 U.S. 542 (1875)

"The UNITED STATES GOVERNMENT is a foreign CORPORATION with respect to a State." [emphasis added] Volume 20: Corpus Juris, Section 1785: NY re: Merriam, 36 N.E. 505, 1441 S. Ct. 1973, 41 L.Ed. 287.

This is further confirmed by the following quote from the Internal Revenue Service: Federal Jurisdiction "includes the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, and America Samoa." – Internal Revenue Code Section 312(e). In legal terminology, the word "include" means "in limited to."

When referring to the "District" United States, the Internal Revenue Code uses the term "Within" the United States, when referring to the several States, the Internal Revenue Code uses the term "Without" the United States.

Dozens, perhaps hundreds of court cases prove that federal jurisdiction is limited to the few federal areas above indicated. For example, in two Supreme Court cases it was decided:

"the law of Congress in respect to those matters do not extend into the territorial limits of the States, but have force only in the jurisdiction of the national government. Caha v. United States, 152 U.S., at 215.

"We think a proper examination of this subject will show that the United States never held any municipal Sovereignty, jurisdiction, or right of soil in and to the territory of which Alabama or any of the new states were formed..."

"[B]ecause, the United States have no constitutional capacity to exercise municipal jurisdiction, sovereignty, or eminent domain, within the limits of a State or elsewhere, except in the cases in which it is expressly granted..."

"Alabama is therefore entitled to the sovereignty and jurisdiction over all the territory within her limits, subject to the common law." Pollard v. Hagan, 44 U.S. 221, 223, 228, 229.

Likewise, Title 18 of the United States Code at Section-7 specifies that the "Territorial Jurisdiction" of the United States extends only outside the boundaries of lands belonging to any of the several States.

**Therefore,** in addition to the fact that no unrevealed federal contract can obligate me to perform in any manner without fully and un-coerced consent, likewise, no federal statues or regulations apply to me or have any jurisdiction over me. **I hereby affirm that I DO NOT RESIDE OR WORK IN ANY FEDERAL TERRITORY OF THE "DISTRICT" UNITED STATES, AND THAT THEREFORE NO U.S. FEDERAL GOVERNMENT STATUES OR REGULATIONS HAVE ANY AUTHORITY OVER ME.**

**POWERS AND CONTRACTUAL OBLIGATIONS OF**

**UNITED STATES AND STATE GOVERNMENT OFFICIALS**

All United States and State government officials are hereby put on notice that I expect them to have recorded valid Oaths of Office in accordance with the U.S. Constitution, Article-6

"the Senators and Representatives before mentioned, and the members of the several States Legislatures, and all executive and judicial officers, both of the United States and of the several States, **shall** be bound by oath or affirmation to support this Constitution..."

I understand that by their Oath of Office all U.S. and State government officials are contractually bound by the U.S. Constitution as formulated by its framers, and not as "interpreted" subverted, or corrupted by Supreme Court or other courts.

According to the Ninth-Amendment to the U.S. Constitution: "The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people."

And the Tenth-Amendment to the U.S. Constitution: "the power not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people."

**I do hereby CERTIFY and DECLARE, that I am an American citizen of the United States of America (1787) and citizen of the union state in which I am domiciled. I am a "natural born citizen" (see U.S. Constitution Article-2, Section-1, Clause-5). I am not subject to the statutory colorable law jurisdiction of the federal UNITED STATES in the corporate monopoly of federal, state, local and Municipal government. I have NOT voluntarily or intentionally waived, with any "knowingly intelligent acts" ANY of my unalienable rights, and have utterly NO intention of doing so in the future.**

I am a Citizen of the several states, NOT a federal UNITED STATES citizen of the District of Columbia. I am domiciled in the state of Virginia republic (1837), a preamble American State Citizen of the United States of America.

"...the dual character of our citizenship plainly apparent...a citizen of the United States is ipso facto and at the same time a citizen of the state in which he is domiciled..."---Colgate v. Harvey, 296 U.S. 404, 427; 80 L.Ed. 299 (1935).

I am also claiming "Sui Juris" status in connection with my property or name. If any agency of the government disputes the above declaration of "Sui Juris" or any other claim sworn and sealed within this affidavit, I demand a certified copy rebutting point for point this affidavit of truth within three (3) days upon receipt.

I have exercised, and do now exercise the REMEDY of law under UCC 1-207, whereby I may preserve my Common Law right NOT to be bound by any commercial agreement, or bankruptcy action of the federal United States government, that I did not enter into knowingly, willingly and voluntarily, and that **RESERVATION OF RIGHTS** serve as a **NOTICE** upon all administrative agencies of government, federal, state, and local, that I will NOT accept the liability associated with the compelled benefit of any unrevealed commercial agreement. If I have received any benefits, privileges or titles of nobility (e.g., resident, citizen, taxpayer) from any branch of the government in the past, they were "received"

under PROTEST, or under THREAT, DURESS OR COERCION (TDC) pursuant to UCC 1-103, UCC 2-302.1, and UCC 3-608.

Any other evidence to the contrary stated within this Affidavit is hereby REBUTTED. Any past signatures or authorizations on Internal Revenue Service (1040's and W-4's), Social Security Administration forms (ss-5), driver's licenses, vehicle registrations, birth or trust certificates, voter registrations and other franchises were in ERROR and involuntarily made under threat, duress and coercion (TDC). I hereby REVOKE, cancel and render void, Nunc Pro Tunc, both currently and retroactively to the time of signing, any and all such signatures.

### PERJURY JURAT

Pursuant to Title 28, USC section-1746(1) and executed "without the United States" I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge, information and belief. And further deponent sayeth not. I now affix my signature and official seal to all of the above affirmation with **EXPLICIT RESERVATION OF ALL OF MY UNLANIEABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to UCC 1-207 and UCC 1-103.6**

Respectfully,

_[signature]_ Bey UCC 1-308

L.S. Citizen/Principal, By Special Appearance, in Propria Persona, proceeding Sui Juris, with Assistance, special.

Sworn, subscribed, sealed and affirmed to this ___4___ day of ___June 2016___

_George Claiborne Hall_

George Claiborne Hall
Commonwealth of Virginia
Notary Public
Commission No. 7255775
My Commission Expires 11/30/2017

# AFFIDAVIT OF NOTARY PRESENTMENT
## CERTIFICATION

**STATE of _VIRGINIA)**
**§**
**COUNTY of _SPOTSYLVANIA)**

On this 4th day of June, 2016, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that <u>Tyrone D Adams Bey</u> identified himself to me and provided me with the following documents listed below:

1. Copyright Notice of Commercial Trade-Name/Mark
   UCC – 1 Registration
   (2. Declaration of Sovereignty Ultimate Claim to Legal Freedom
   (3. Notice to Principal is Notice to Agent Notice to Agent is Notice to Principal

**WITNESS my hand and Official Seal.**



George Claiborne Hall
Commonwealth of Virginia
Notary Public
Commission No. 7255775
My Commission Expires 11/30/2017

_George Claiborne Hall_        6-4-2016
**NOTARY PUBLIC**            **DATE**

**My commission expires:** _November 30_, 20_16_

## LEGAL NOTICE
The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Date:_____/_____/_____

Certified Mail: _____

_____

C/O Postal Service Address

4273 Berkley Ct

King George VA [22485-5648]

NON-DOMESTIC

-CONSTRUCTIVE LEGAL NOTICE-

**TO WHOM IT MAY CONCERN:**

The purpose of this LETTER AND THE ATTACHED AFFIDAVIT incorporated herein is to give you, your office and your principal's constructive **LEGAL NOTICE** of my election to:

1. **REVOKE** all powers of attorney granted unknowingly to various agencies of the de facto government;
2. **RECLAIM** my Sovereign American and state Citizenship and the de jure government of the republic;
3. **EXPATRIATE FROM THE JURISDICTION OF THE FEDERAL CORPORATE** United States;
4. **RESERVE ALL MY UNALIENABLE RIGHTS** by virtue of the Constitution for the United States of America (1774), the Declaration of Independence (1776), the Moroccan Peace and Friendship Treaty (1787), the Bill of Rights (1791), and 200 years of positive American law;
5. **REPUDIATE** any presumed obligation to pay a fraudulent and unlawful federal debt on undeclared federal and state bankruptcies;
6. **REVOKE ANY** and **ALL CONTRACTS** entered into with agencies of the de facto government, unknowingly and unintentionally waiving rights for privileges, **REVOKE** my signature or authorization on **ANY** and **ALL** contracts, documents or things in the possession, custody and/or control, of either **AGENT** or **PRINCIPAL**;
7. **EXPOSE** the high crimes and misdemeanors of public officials and attorneys acting under "color of law" violating their oath of allegiance to the Constitution for the United States of America, and their office, while acting as express agent(s) of foreign principal(s)/creditor(s), extorting both property and money from the American people, while **SUPPORTING PUBLIC OFFICIALS** with courage to stand up to this injustice;

This is **LEGAL NOTICE** to all elected, appointed or employed officials including police officers, agents or representatives of the city, county, state and/or federal government, including corporations and attorneys, that you can no longer act on my behalf or take **ANY** action without my consent, without **TRESPASS** upon my person or property. That any action involving a citation or ticket, extortion, confiscation, impoundment or illegal search and seizure of my private property by a police officer or **ANY** other public servant or employee will be considered a willful act to deprive me of my constitutionally protected rights as an American National state Citizen. Any action by police officer(s), officer(s) of the court, public servant(s) or government official(s) to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected unalienable rights and prosecuted to the full extent of the law.

I understand that such **NOTICE** requires the **GROUNDS** which are set forth hereunder, attached hereto, and incorporated herein as follows: The federal, state and local governments have engaged in constructive fraud and misrepresentation, undue influence and/or concealment of facts by **NOT** fully informing me, by withholding information and intentionally deceiving me about my lawful Citizenship and my unalienable rights. That no responsible or honest disclosure occurred with **ANYONE** in any branch of government regarding the implication of unconscionable, adhesion contracts entered into **BEFORE** or **AFTER** coming of legal age.

At the time of application for a **Birth Certificate** and **Social Security Number**, I was incompetent by way of age to enter into any contract with an implied consent or power of attorney to any individual, person, or legal fiction. I was **NOT** informed by any person at the time, or any time thereafter, that I was **NOT REQUIRED** to apply for and/or accept such a Number in order to obtain work in any occupation or profession of common right in the community. I was not informed that application for and acceptance of such a Number or any other such license, insurance, benefit, privilege, franchise, etc, would subject me to the jurisdiction of Admiralty, Maritime, Merchant Law of the federal, state, county, city de facto corporate governments and/or the jurisdiction and authority of the Internal Revenue Code of 1952, the Buck Act of 1940, the Public Employees Salary Act of 1939 and all its predecessors including the 14th Amendment, Nor was I informed that application for and acceptance was an implied waiver of my American Citizenship and unalienable RIGHTS protected by the Declaration of Independence and the Bill of Rights. Had I been duly informed I would **NOT** have made such application, nor would I have accepted such a Number, License, Insurance, Benefit, Privilege, or Franchise?

Therefore by this **NOTICE** and the attached **AFFIDAVIT**, and **DOCUMENTS** incorporated herein as prima fascia evidence, **I hereby REVOKE, CANCEL, and RENDER** any and all documents and things you or your department, Administration or Agency may have in your possession, custody, and/or control which indicate, represent, and/or any contract, quasi-contract, agreement, implied consent and/or power of attorney entered into unknowingly, unwillingly and unintentionally, **NULL and VOID**, Nunc Pro Tunc. **Notice to Principal(s) is Notice to Agent(s). Notice to Agent(s) is Notice to Principal(s).**

Furthermore, I am **REQUIRING** you and your Department, Administration, Agencies, Commissions and/or Divisions, and/or Agents, Officers, and/or employees thereof, under the authority of my Sovereign Rights, that within three (3) days upon receipt of this Notice, all documents and property in your possession, custody and control be purged from my files, any reference to any file to my previous Account numbers be made **NULL and VOID,** and reference to said file being for informational purposes only, and written response made directly to me reporting the **TERMINATION** of any contractual relations between us.

Thank you for your attention and for your prompt and full compliance with the terms of this **NOTICE.** Your courtesy is most appreciated.

Respectfully,

_[signature]_ By UCC 1-308

In Propria Persona

George Claiborne Hall
Commonwealth of Virginia
Notary Public
Commission No. 7255775
My Commission Expires 11/30/2017

/s/ George Claiborne Hall
6-4-2016